**Order entered May 1, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01522-CR

## EX PARTE KEITH D. ROANE

## ORDER ON REHEARING

Before Justices Bridges, O'Neill, and Murphy

Appellant's March 29, 2013 motion for rehearing, to abate for a rule 38.8(b) hearing, and for leave to file a reporter's record is **DENIED**. This Court erred when it notified appellant the case would be abated for a rule 38.8(b) hearing because appellant does not have a right to a hearing under that rule. *See* TEX. R. APP. P. 38.8(b); *see also Burton v. State*, 267 S.W.3d 101, 103 (Tex. App.—Corpus Christi–Edinburg 2008, no pet.); *Wade v. State*, 31 S.W.3d 723, 725 (Tex. App.—Houston [1st Dist.] 2000, pet. ref'd).

In the interest of justice, the Court **WITHDRAWS** its opinion and judgment filed on March 13, 2013.

Appellant is **ORDERED** to file his brief within **TEN DAYS** of the date of this order. In the event appellant fails to file his brief, the case will be submitted without appellant's brief.

The appeal will be resubmitted after the time for filing briefs has expired.

/s/    MARY MURPHY
JUSTICE